**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Kathe Rascher**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KATHE RASCHER,<br><br>　　　　Defendant | Case No. S-12-174-GEB<br><br>STIPULATION REGARDING CONTINUING STATUS AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED FINDINGS AND ORDER] |

　　　　It is hereby stipulated and agreed between Plaintiff, United States of America by and through Assistant United States Attorney S. Robert Tice-Raskin, Esq. and Donald H. Heller, Esq., attorney for the defendant Kathe Rascher that:

1.　　Defendant's counsel has almost completed his extensive review of the significant discovery provided by the government and counsel's consultant's financial analysis. Defendant's counsel has been engaged in a 5 defendant special circumstance murder case which successful resolved on September 19, 2012, which had time consuming for counsel. Defendant's counsel and government's counsel have had meaningful plea negotiations since counsel's appointment and a formal plea proposal has been made by the government which will be discussed with the defendant in a meeting to be scheduled in the next two weeks.

2.　　Based on ¶ 1, above, the parties hereto agree to continue this case by stipulation from September 28, 2012 to November 2, 2012, at the request of the defendant so as to allow the

defendant through counsel to assess the government's case against and consider the plea proposal made.

3. Based on the above stated defense preparation and assessment it is agreed and indeed, requested by the defendant that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of the filing of this stipulation, to wit, September 27, 2012 through November 2, 2012, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and B (iv) [Local Code T4].

4. The parties and counsel agree and stipulate, and request that the Court find the following:

a. That substantial factual basis has been presented by this stipulation to continue this matter to November 2, 2012, for a status conference;

b. The government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2012 to November 2, 2012, inclusive, be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] and that this stipulation provides a factual and legal basis for the Court to find that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 27, 2012     */s/ S. Robert Tice Raskin*
                                                         S. ROBERT TICE-RASKIN
                                                         Assistant United States Attorney

DATED: September 27, 2012   */s/ Donald H. Heller*
　　　　　　　　　　　　　　DONALD H. HELLER
　　　　　　　　　　　　　　Counsel for Defendant

# O R D E R

Based on the Stipulation of the Parties, Good Cause Appearing: The status conference is continued to November 2, 2012, and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Court find that the time period of September 27, 2012 to November 2, 2012, inclusive, be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4].

It is so Ordered.

**Date: 9/28/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING CONTINUING STATUS AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED FINDINGS AND ORDER]
Page 3

Case No. S-12-174-GEB